# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                       :        NO. 436
                                             :
   ORDER AMENDING RULE 402 OF:        MAGISTERIAL RULES DOCKET
THE PENNSYLVANIA RULES OF  :
CIVIL PROCEDURE BEFORE       :
MAGISTERIAL DISTRICT          :
JUDGES                                    :


# ORDER


**PER CURIAM**

   **AND NOW**, this 22nd day of July, 2019, upon the recommendation of the Minor Court Rules Committee, the proposal having been published for public comment at 45 Pa.B. 1252 (March 14, 2015) and 47 Pa.B. 7305 (December 2, 2017):

   It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 402 of the Pennsylvania Rules of Civil Procedure Before Magisterial District Judges is amended in the attached form.

   This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 1, 2020.


Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.